IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR158 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | ORDER |
| AMARRO L. LOERA, | ) | |
| | ) | |
| Defendant. | | |

This matter is before the court on plaintiff's Motion to Continue Trial [33]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [33] is granted, as follows:

1. The jury trial, now set for January 16, 2024 is continued to **March 5, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 5, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance may result in a miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(i) and (iv).

**DATED:**  January 4, 2024

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**